# EXHIBIT "A"
## TO

## APPELLANT'S RESPONSE TO APPELLEE RODERICK SANCHEZ' MOTION TO DISMISS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/5/2015 1:51:36 AM
KEITH E. HOTTLE
Clerk



# Bexar County

## District Clerk/County Clerk Search

## Full Case Information

## Case Summary

### Case Information for Cause #: 2015CI00039

**THELMA FRANCO vs RODERICK J SANCHEZ ET AL**

| | |
|---|---|
| Cause No. : | 2015CI00039 |
| Name : | |
| Business Name : | CITY OF SAN ANTONIO |
| Litigant Type : | DEFENDANT |
| Date Filed : | 01/02/2015 |
| Docket Type : | OTHER CIVIL CASES |
| Case Status : | PENDING |
| Court : | 288 |

*Information as of: 02/04/2015 11:10:59 PM*

# Case History

| Type/Sequence | Date Filed | Description |
|---|---|---|
| P00013 | 1/20/2015 | SUBPOENA<br>ISSUED TO DEPUTY CITY CLERK<br>LETICIA Y SAENZ |
| P00014 | 1/28/2015 | OBJECTIONS TO<br>CORPORATE REPRESENTATIVE SUBPOENA |
| P00015 | 1/29/2015 | RECEIPT OF EXHIBITS TO DISTRICT CLERK'S OFFICE<br>288TH D.C. FROM CINDY DEES-CSR |
| P00016 | 1/29/2015 | HEARING/TRIAL CRT REPORTER ASSIGNED<br>CD CINDY DEES, 288TH DISTRICT COURT |
| P00017 | 1/29/2015 | JUDGES DOCKET NOTES<br>HEARING HELD ON 01/28/15 |
| P00018 | 1/29/2015 | LETTER<br>FROM JUDGE CASSEB TO ATTORNEYS RE:<br>RULING OF THE COURT |
| P00019 | 1/30/2015 | ORIGINAL ANSWER OF<br>RODERICK SANCHEZ |
| P00020 | 2/2/2015 | ORIGINAL ANSWER OF<br>CITY OF SAN ANTONIO |
| P00021 | 2/3/2015 | NOTICE OF INTERLOCUTORY APPEAL<br>EMAIL SENT TO CINDY DEES, 288TH DISTRICT<br>OF THELMA FRANCO<br>ATTY DENNIS JDROUILLARD |
| P00022 | 2/3/2015 | REQUEST FOR CLERK'S RECORD |
| P00023 | 2/3/2015 | REQUEST FOR PREPARATION OF REPORTER'S RECORD |
| P00024 | 2/4/2015 | CONFIRMATION PAGE SENT SUCCESSFULLY TO<br>4TH CRT OF APPEALS(NOTICE OF APPEAL)0203 |
| P00025 | 2/4/2015 | LETTER/CLERK'S RECORD FEE DUE SENT TO<br>DENNIS J DROUILLARD<br>$192.00 VIA E-MAIL |

*Information as of: 02/04/2015 11:11:04 PM*